■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE HARLEY, Appellant. [799 NYS2d 909]—Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered August 19, 2003, convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Florio, J.P., Krausman, Crane, Rivera and Fisher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MIRANDA, Appellant. [799 NYS2d 908]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Dunlop, J.), rendered July 7, 2003, convicting him of rape in the first degree (three counts), sexual abuse in the first degree, sexual abuse in the second degree (five counts), and endangering the welfare of a child, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Prudenti, P.J., Schmidt, Santucci, Luciano and Spolzino, JJ., concur.